**Order entered June 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-11-00536-CR

**JAMES A. ROUGHLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Criminal Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F95-02453-OI**

## ORDER

Appellant's motion to extend the time for filing a motion for rehearing is **GRANTED**,

and the time is extended until June 14, 2013.

/s/      DAVID L. BRIDGES
JUSTICE